IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MICHAEL A. COX, | ) |
| Plaintiff, | ) |
| v. | ) CV 322-184 |
| TARMARSHE SMITH; DESIREE JONES; JERMAINE WHITE; VERONICA STEWART; LT. SALDANA, Macon State Prison Night Shift Supervisor; COUNSELOR WALKER, Macon State Prison; SGT. MOORE, Telfair State Prison Tier Sergeant OIC; KAREN THOMAS; and DARRELL WOOTEN, | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 17th day of July, 2023, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE